# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 civ 11192                                                        Purchased/Filed: December 12, 2007
STATE OF NEW YORK     UNITED STATES DISTRICT COURT                          SOUTHERN DISTRICT

Trustees of the Teamsters Local 456 Pension, Health & Welfare, Annuity, Education & Training,
S.U.B., Industry Advancement and Legal Services Funds and the Westchester Teamsters Local   Plaintiff

against

T.J.R. Excavating Contractors, Inc.                                         Defendant

STATE OF NEW YORK
COUNTY OF ALBANY         SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 18, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Rule 7.1, and Complaint on

_____T.J.R. Excavating Contractors, Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___28___   Approx. Wt: ___200___   Approx. Ht: ___6'0"___
Color of skin: ___White___   Hair color: ___Brown___   Sex: ___M___   Other: _____

Sworn to before me on this

21st day of _____December, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4896570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0710544

SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179