UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE TEAMSTERS LOCAL 456 PENSION, HEALTH
& WELFARE, ANNUITY, EDUCATION & TRAINING, S.U.B.
INDUSTRY ADVANCEMENT AND LEGAL SERVICES FUNDS
AND THE WESTCHESTER TEAMSTERS LOCAL UNION NO. 456,

Docket No.07-CIV-11192 (CLB)

Plaintiffs,

-against-

**SATISFACTION OF JUDGMENT**

T.J.R. EXCAVATING CONTRACTORS, INC.,

Defendant.

08,0049 WP

U.S. DISTRICT COURT FILED MAY 13 2008 S.D. OF N.Y.

---

WHEREAS, a default judgment was entered in the above entitled action on February 14, 2008 in the United States District Court, Southern District of New York in favor of Plaintiff TRUSTEES, et. al. and against T.J.R. EXCAVATING CONTRACTORS, INC., in the amount of $34,975.58, which Judgment was docketed on February 14, 2008 in the office of the Clerk, United States District Court, Southern District of New York,

AND, said full satisfaction of judgment is hereby acknowledged for the judgment debtor, T.J.R. EXCAVATING CONTRACTORS, INC.,

AND it is certified that there are no outstanding executions with any Sheriff or Marshall within this State in connection with this action against judgment debtor.

THEREFORE, full satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make an entry of full satisfaction for the judgment debtors on the docket of said judgment.

Dated: May   , 2008

Sworn to before me this 12th day
of May 2008

_____
Notary Public

CHRISTIE S. ROOS
Notary Public, State of New York
No. 01RO6014276
Qualified in Westchester County
Commission Expires October 5, 2010

BARNES, IACCARINO, VIRGINIA,
AMBINDER & SHEPHERD, PLLC.

By: _____
KARIN ARROSPIDE, ESQ.
Attorneys for Judgment Creditor
258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-1515

[Handwritten margin note:] Judgment marked satisfied and entered into judgment book J. Michael McMahon, Clerk by: [signature], Deputy Clerk 5-13-08